**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 11-cv-01415-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** January 6, 2012 | **Courtroom Deputy:** Robin Mason |

NATHANIEL HAMPTON,                                    *Pro Se (appears by telephone)*

      Plaintiff,

      v.

OFFICER EVANS,                                                 Martha Ellen McKinney
OFFICER NELSON,                                              Shane Matthew White
OFFICER CHERRY,
CITY OF COLORADO SPRINGS, and
OTHER UNKNOWN POLICE OFFICERS,

      Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:  STATUS CONFERENCE**
**Court in session:**     10:47 a.m.
Court calls case.  Appearances of counsel.

Discussion regarding allegations and claims in amended Complaint (Docket No. 11, filed on 8/29/2011) and Motion to Dismiss (Docket No. 30, filed on 11/8/2011).

**ORDERED:**      Motion to Dismiss (Docket No. 30, filed on 11/8/2011) and all related briefing is STRICKEN.  A new Motion to Dismiss shall be filed on or before **January 23, 2012**.  Plaintiff shall have up to and including **February 24, 2012** to file a response to the new Motion to Dismiss.

HEARING CONCLUDED.

**Court in recess:**     11:09 a.m.
Total time in court:     00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.