IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01415-PAB-CBS

NATHANIEL HAMPTON,
    Plaintiff,
v.

OFFICER EVANS,
OFFICER NELSON,
OFFICER CHERRY,
CITY OF COLORADO SPRINGS,
EVIDENCE TECHNICIAN REGINA MILLER, and
OTHER UNKNOWN POLICE OFFICERS,
    Defendants.

## AMENDED ORDER[1]

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Hampton's "Motion for Appointment of Counsel." Pursuant to the Order of Reference dated September 19, 2011 (Doc. # 18) and the memorandum dated December 10, 2012 (Doc. # 121), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    This is Mr. Hampton's fourth request to be represented by a lawyer. (*See* Docs. # 34, # 58, # 101). Mr. Hampton recently filed his Fourth Amended Complaint. (*See* Doc. # 120). ~~The deadline to complete all discovery is July 1, 2013, the deadline for filing dispositive motions is August 23, 2013, and a Final Pretrial Conference is set for September 3, 2013~~. Defendants' response to the Fourth Amended Complaint is due on or before January 14, 2013. No trial date has been set. The court, having considered Mr. Hampton's request for appointed counsel and the appropriate factors, concludes that Mr.

---

[1] The Order dated December 12, 2012 is amended to strike the reference to deadlines for discovery and dispositive motions. Discovery in this case is currently stayed.

Hampton's request remains premature and does not provide an adequate basis for the court to request counsel to volunteer to represent him.  Accordingly,

IT IS ORDERED that Mr. Hampton's "Motion for Appointment of Counsel" (filed December 7, 2012) (Doc. # 119) is DENIED.

DATED at Denver, Colorado, this 12th day of December, 2012.

BY THE COURT:


　　　s/Craig B. Shaffer
United States Magistrate Judge